**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

UNITED STATES OF AMERICA　　　§
　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　§　CASE NUMBER 6:21-CR-00068-JDK-1
v.　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　§
KEVIN MICHAEL BRUCE　　　　　　§

**ORDER ADOPTING REPORT AND RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

This criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). The Report and Recommendation of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of this action, has been presented for consideration. The parties have waived their right to objections.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report and Recommendation of the Magistrate Judge as the findings and conclusions of this Court and **ORDERS** that Defendant Kevin Michael Bruce be sentenced to eleven months imprisonment with an eight-year period of supervised release to follow. The Court recommends to the Bureau of Prisons that Defendant serve his sentence at FCI Seagoville, TX, if available.

So **ORDERED** and **SIGNED** this **11th** day of **June, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE